

**FILED**
JUL 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

P.O. Box 689
D44205 Gw-209 Lower
Soledad, CA
July 29, 2008

**RECEIVED**
JUL 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the clerk U.S Dist Ct.
Northern District of California
450 Golden Gate Ave
San Francisco, Ca 94107
Richard W. Wieking Clerk,

 Dear Sir, this letter is concerning: informa pauperis trust account certification mailed to your office. Which is reference to E-filing "CV 08 3443 TEH (PR)".

 On July 28, 2008 I received a filed copy of the "second amended complaint" CV 8 3443 TEH (PR) face sheet with instructions to mail another "informa pauperis account certification." I have attached a copy of the trust account statement sent to your office dated July 16, 08, via CTF-Soledad Trust Accounting.

 Sir, if you have not received the informa pauperis information yet, please contact CTF-Soledad trust accounting office, or inform me—I will gladly forward another copy—within the 30 days period as instructed.

          Respectfully yours
          *Gregory Mitchell*
          Gregory Mitchell

```
EPORT ID: TS3030  .701                                    REPORT DATE: 07/22/08
                                                          PAGE NO:          1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CTF SOLEDAD/TRUST ACCOUNTING
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: MAR. 01, 2008 THRU JUL. 22, 2008

CCOUNT NUMBER : D44205                      BED/CELL NUMBER: CFGWT20000002O9L
CCOUNT NAME   : MITCHELL, GREGORY           ACCOUNT TYPE: I
RIVILEGE GROUP: A
                                 TRUST ACCOUNT ACTIVITY
        TRAN
ATE     CODE   DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----   ------------    -------    ---------   --------   -----------   -------

3/01/2008     BEGINNING BALANCE                                                   0.00

3/06  D554  INMATE PAYROL  2855 P9                      16.67                    16.67
3/10  FC01  DRAW-FAC 1     2933 ML                                   13.00        3.67
4/03  D554  INMATE PAYROL  3152 P12                     12.67                    16.34
4/07  FC01  DRAW-FAC 1     3214 ML                                   16.34        0.00
5/05  D554  INMATE PAYROL  3623 P21                     19.17                    19.17
5/13  FC01  DRAW-FAC 1     3721 ML                                   19.17        0.00
6/05*D554  INMATE PAYROL  4032 P16                      19.34                    19.34
6/09  FC01  DRAW-FAC 1     4092 ML                                   13.00        6.34
7/01*W516  LEGAL COPY CH  0004 LCOPY                                  0.20        6.14
7/07  D554  INMATE PAYROL  0035 P14                     11.17                    17.31
7/11  W422  DONATION-ISLA  0157 DONAT                                 6.00       11.31
```

                                 TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 79.02 | 67.71 | 11.31 | 0.00 | 2.90 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 8.41 |

NAME: **Mitchell**  CDCR#: **D44205**

DATE: **7-16-08**  HOUSING: **Central GN-209L**

☒ The **In Forma Pauperis** trust account certification that you requested has been completed and was mailed to the court on **7-16-08**. A copy can not be returned to you, however, a copy of the document is kept in the Trust Office for future reference if needed.

☐ _____

_____

_____

C. T. F. TRUST ACCOUNTING